## IN THE SUPREME COURT OF THE STATE OF NEVADA

MT REAL ESTATE INVESTMENT, INC.,

Appellant,

vs.

CITY OF LAS VEGAS, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA, DEPARTMENT OF PLANNING, CODE ENFORCEMENT DIVISION,

Respondent.

No. 79830

FILED

MAY 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal with prejudice. The parties also stipulated to additional conditions for dismissal in the filed document. However, upon review of the stipulation it appears that it is not signed by counsel of record for respondent. Therefore, the stipulation is treated as a motion for voluntary dismissal and granted. NRAP 42(b). This court declines to address the conditions included in the motion.

It is so ORDERED.

_____ Pickering , C.J.

cc: Hon. Stefany Miley, District Judge
Dana Jonathon Nitz, Settlement Judge
Crosby & Fox, LLC
Las Vegas City Attorney
Eighth District Court Clerk

20-20123